### 5831.   SAUNDERS *v.* THE STATE.

WADE, J.   1. The proof was sufficient to sustain the verdict of guilty, and there is no substantial merit in the assignments of error.

2. A charge to the jury as to the comparative weight or probative value of positive and negative testimony was clearly authorized by the evidence, and the charge given on that subject was sufficiently full.   *Wood* v. *State,* 9 *Ga. App.* 365 (71 S. E. 500) ; *Lyens* v. *State,* 133 *Ga.* 588 (2), 594 (66 S. E. 792).

3. If any fuller or more explicit charge was desired on any feature of the case, a request therefor should have been submitted in writing.

*Judgment affirmed.   Roan, J., absent.*

DECIDED OCTOBER 20, 1914.

Indictment for pointing pistol; from Webster superior court—Judge Littlejohn.   May 20, 1914.

*G. Y. Harrell,* for plaintiff in error.

*J. R. Williams, solicitor-general,* contra.

---

### 5840.   KINNEBREW *v.* CITY OF GREENSBORO.

RUSSELL, C. J.   Evidence that the defendant sold intoxicating liquor, when the nature and the duration of his possession of the liquor is not satisfactorily explained, may authorize the inference that the liquor was kept by him for the purpose of sale.   In a trial in a municipal court for the violation of an ordinance prohibiting the keeping of intoxicating liquor on hand for illegal sale, the sufficiency of the explanation is addressed to that court.   Upon the evidence in the present record, the judge of the superior court did not err in overruling the certiorari.   *Rooney* v. *Augusta,* 117 *Ga.* 709 (45 S. E. 72) ; *Robinson* v. *Americus,* 121 *Ga.* 182 (48 S. E. 924) ; *Coggins* v. *Griffin,* 5 *Ga. App.* 1 (62 S. E. 659) ; *Sawyer* v. *Blakely,* 2 *Ga. App.* 159 (58 S. E. 399) ; *Reese* v. *Newnan,* 120 *Ga.* 198 (47 S. E. 560).          *Judgment affirmed.   Roan, J., absent.*

DECIDED OCTOBER 20, 1914.

Certiorari; from Greene superior court—Judge Park.   June 4, 1914.

*J. G. Faust,* for plaintiff in error.